UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CRYSTAL BEATRICE KIMBALL,** | Case No. 6:25-cv-00169-SB |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT FEES |
| vs. | |
| **COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | |
| Defendant. | |

**BECKERMAN, U.S. Magistrate Judge.**

The Court GRANTS Plaintiff's amended and unopposed motion (ECF No. 27) to award her $17,500.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703.

///

///

PAGE 1 — ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT FEES

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

**IT IS SO ORDERED.**

DATED this 24th day of July, 2026.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 — ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT FEES