HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR 97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CRYSTAL BEATRICE KIMBALL,**

Plaintiff,

vs.

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**

Defendant.

Case No. 6:25-cv-00169-SB

ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b)

ORDERED that Plaintiff's attorney, Ari Halpern, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), which may be paid from Plaintiff's past-due benefits in accordance with agency policy, in the gross amount of $19,273.50, minus $17,500 previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, for a net award of $1,773.50, minus any user fee. Any amount withheld after all administrative and court attorneys

fees are paid should be released to the claimant.

DATED this 14th day of September, 2026.

Stacie F. Beckerman

HON. STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff